IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD GREENWALD,<br><br>               Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY; WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN; WELLS FARGO & COMPANY LONG-TERM DISABILITY PLAN,<br><br>               Defendants. | 4:12CV3034<br><br>ORDER |

      This matter is before the Court on plaintiff's Motion to Release Long-Term Disability (LTD) Benefits to Plaintiff (filing 76). Following a remand for administrative review of plaintiff's claim for LTD benefits, Liberty Life approved benefits retroactive to July 29, 2011, in the amount of $39,654.62. Filing 65 at 1–2. The Court then lifted the stay on plaintiff's claim for LTD benefits (claim II) and authorized plaintiff's counsel to deposit any sums received into her firm's trust account. Filing 61. Liberty Life is currently sending plaintiff's ongoing LTD benefits to his counsel's firm. Filing 76 at ¶ 5.

      Plaintiff requests the Court to enter an order authorizing his counsel's firm to release benefits already paid to him, and authorizing Liberty Life to make future LTD benefit payments directly to plaintiff. Counsel for Liberty Life has informed the Court that Liberty does not oppose plaintiff's motion to release the funds. Accordingly,

      IT IS ORDERED:

      1.    Plaintiff's Motion to Release Long-Term Disability Benefits to Plaintiff (filing 76) is granted;

      2.    Counsel for plaintiff may release the LTD benefits already paid to plaintiff; and

- 2 -

3. Liberty Life is authorized to make future LTD benefit payments directly to plaintiff.

Dated this 4th day of February, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge