IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD GREENWALD, | |
| Plaintiff, | 4:12-CV-3034 |
| vs. | JUDGMENT |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY; WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN; WELLS FARGO & COMPANY LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the parties' stipulation (filing 104), this case is dismissed with prejudice, each party to bear its own costs and attorney fees, except as otherwise agreed by the parties.

Dated this 29th day of August, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge